IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3151 |
| vs. | ) ) | ORDER |
| MATTHEW EPPENBACH, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on plaintiffs' motion for extension of time to effect service (#10). For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that plaintiffs' MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE (#10) is granted. Plaintiffs are given until and including **December 21, 2005** to effect service on the defendant.

DATED October 24, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge