# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **MATTHEW EPPENBACH,** ) <br> ) <br> **Defendant.** ) <br> ) | **4:05CV3151** <br><br> **ORDER** |

The "Notice of Withdrawal" (#12) filed by Wendell F. Cowan, construed as a motion for leave to withdraw, *see* NEGenR 1.3(f), is granted.  Plaintiffs will continue to be represented by Kenneth P. Kula of Shook, Hardy & Bacon, L.L.P.

**IT IS SO ORDERED.**

**DATED October 31, 2005.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**