IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., CAPITOL RECORDS, INC., and , WARNER BROS. RECORDS, INC.,**  **Plaintiffs,**  vs.  **MATTHEW EPPENBACH,**  **Defendant.** | Civil No. 4:05CV3151  **ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation of Dismissal without prejudice (Filing No. 14). I find that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal without prejudice (Filing No. 14) is approved, and the relief requested therein is granted;

2. The Complaint is dismissed without prejudice; and

3. The parties shall pay their own costs and fees unless otherwise agreed by and between them.

Dated this 16th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge